**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Hector David PORTILLO,**
**Defendant-Appellant.**

**No. 16-7610**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2017

Decided: March 17, 2017

Hector David Portillo, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Hector David Portillo appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Portillo, No. 1:95-cr-00522-LMB-1 (E.D. Va. Nov. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED